FLETCHER B. BROWN (SBN 276390)
**FLETCHER B. BROWN LAW FIRM**
2831 Telegraph Ave.
Oakland, CA 94609
Tel: 510-986-0441
Fletcher@fletcherbrownlaw.com

*Attorney for Plaintiff*
David Martinez

ELLEN M. BRONCHETTI (SBN 226975)
**GREENBERG TRAURIG, LLP**
12830 El Camino Real, Suite 350
San Diego, CA 92130
Telephone: (619) 848.2523
Facsimile: (619) 393.0877
ellen.bronchetti@gtlaw.com

*Attorney for Defendant*
Amazon.com Services LLC

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN OF CALIFORNIA

| | |
|---|---|
| DAVID MARTINEZ, <br><br> Plaintiff, <br><br> v. <br><br> AMAZON.COM SERVICES, LLC <br><br> Defendant. | CASE NO.: 2:24-CV-01157-DJC-CKD <br><br> **ORDER GRANTING THE JOINT STIPULATION TO EXTEND THE FACT DISCOVERY CUT-OFF DEADLINE** <br><br> Judge: Hon. Judge Daniel J. Calabretta |

**ORDER**

GOOD CAUSE APPEARING, the Court hereby approves the Joint Stipulation filed by the Parties in *David Martinez v. Amazon.com Services LLC,* (2:24-cv-01157-DJC-CKD) and enters the following Order pursuant to its terms:

1. The August 1, 2025, Fact Discovery Cut-off is now RESET for September 2, 2025

All other dates, deadlines, and instructions contained in the July 8, 2024, Scheduling Order, SHALL remain in effect.

Dated: July 16, 2025

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE