ELLEN M. BRONCHETTI (SBN 226975)
GREENBERG TRAURIG, LLP
12830 El Camino Real, Suite 350
San Diego, CA 92130
Telephone: (619) 848.2523
Facsimile: (619) 393.0877
Ellen.Bronchetti@gtlaw.com

*Attorney for Defendant*
Amazon.com Services LLC

FLETCHER B. BROWN (SBN 276390)
FLETCHER B. BROWN LAW FIRM
2831 Telegraph Ave.
Oakland, CA 94609
Tel: 510-986-0441
Fletcher@fletcherbrownlaw.com

*Attorney for Plaintiff*
David Martinez

# UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MARTINEZ,<br><br>    Plaintiff,<br><br>        v.<br><br>AMAZON.COM SERVICES, LLC,<br><br>    Defendant. | Case No.:    2:24-CV-01157-DJC-CKD<br><br>**ORDER RE: JOINT STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)-(B)**<br><br>Judge: Hon. Judge Daniel J. Calabretta |

ORDER RE: JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

1             **ORDER RE: JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

2

3           Upon consideration of the Parties' Joint Stipulation of Dismissal with Prejudice

4 and pursuant to **Fed. R. Civ. P. 41(a)(1)(A)(ii)**, the Court hereby **ORDERS** as follows:

5       1.  The Joint Stipulation is **APPROVED**.

6       2.  This entire action, including all claims and causes of action stated herein, is

7            **DISMISSED WITH PREJUDICE**.

8       3.  Each party shall bear its own attorneys' fees and costs.

9

10

11       IT IS SO ORDERED.

12

13 Dated:  October 27, 2025          /s/ Daniel J. Calabretta

14                             THE HONORABLE DANIEL J. CALABRETTA
                            UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28